**DISMISS and Opinion Filed February 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00861-CV**

**IN RE DAVID BARNES, Relator**

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Reichek

In this original proceeding, relator David Barnes challenges the trial court's July 26, 2021 temporary order denying him possession of the subject children. On November 17, 2021, the trial court issued a ruling modifying the possession schedule set forth in the July 26, 2021 order and awarding relator two hours of supervised possession per month. Because the trial court's July 26, 2021 order is no longer in effect, we questioned our jurisdiction over this original proceeding as it now appeared relator's request for relief is moot, and we directed relator to file either a motion to dismiss the original proceeding or a letter brief showing cause why the original proceeding should not be dismissed for want of jurisdiction.

After reviewing relator's letter brief and real party in interest's response, we conclude that this original proceeding is moot. Accordingly, we dismiss the petition for writ of mandamus.

Also before the court is relator's October 4, 2021 motion to seal court records. We grant the motion and direct the Clerk of the Court to place relator's October 4, 2021 petition for writ of mandamus and the accompanying mandamus record under seal.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210861F.P05